UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROBERT W. HADLEY, JR., and
XAVIER BECTON, on behalf of themselves
and all other similarly situated employees,

    Plaintiffs,

v.                                                                              Case No. 09-2451-cgc

THE CABLE GUYS, INC. and
BURGE FRANKS,

    Defendants.

---

**CONSENT ORDER CONDITIONALLY
CERTIFYING CASE AS FLSA COLLECTIVE ACTION**

---

BY AGREEMENT AND CONSENT of the parties, the Court hereby orders:

1. That this case, brought under the Fair Labor Standards Act (FLSA), is conditionally certified as a collective action under 29 U.S.C. § 216(b);

2. That Defendants will provide Plaintiffs, within twenty (20) days of the entry of this Consent Order, a list of names, last known addresses and telephone numbers (home and cell) for all installers and/or technicians who performed work for the Defendants during the three (3) years prior to July 13, 2009 or who is currently employed;

3. That the attached agreed court approved notice (Exhibit A) and opt-in plaintiff consent form (Exhibit B) will be sent to all installers and/or technicians who performed work for the Defendants from July 13, 2006 to the present;

4. That Plaintiffs will mail the court approved notice on Monday, September 21, 2009, and the opt-in period will run for seventy-five (75) days until Saturday, December 5, 2009; and,

5. That Plaintiffs will be permitted to send one (1) reminder letter twenty (20) days before the expiration of the opt-in period.

s/ Charmiane G. Claxton
HON. CHARMIANE G. CLAXTON
United States Magistrate Judge

Date: August 31, 2009

**APPROVED:**

/s/ William B. Ryan
Donald A. Donati - TN Bar # 8633
William B. Ryan - TN Bar # 20269
DONATI LAW FIRM, LLP
1545 Union Avenue
Memphis, TN 38104
Telephone: 901-278-1004
Fax: 901-278-3111
billy@donatilawfirm.com

&

Thomas F. Donaldson – TN Bar # 16062
P.O. Box 949
Marion, AR 72364
Telephone: 870-739-2588
Fax: 870-739-4403
tfdonaldson@donaldsonlawfirm.com

Attorney for Plaintiffs

/s/ Charles W. Cavagnaro
W. Kerby Bowling - TN Bar #9363
Charles W. Cavagnaro - TN Bar #17917
Evans│Petree PC
1661 International Place Drive, Suite 300
Memphis, Tennessee  38120
Phone: 901.767.1234
Fax: 901.374.7567
kbowling@evanspetree.com
ccavagnaro@evanspetree.com

Attorneys for Defendants